# <u>EXHIBIT 1</u>



11868159



11868159

DocuSign Envelope ID: A4056452-9F45-4A48-84C2-8B29037AD315

DocuSign Envelope ID: A4056452-9F45-4A48-84C2-8B29037AD315



DocuSign Envelope ID: A4056452-9F45-4A49-84C2-8B29037AD31E

11868159

DocuSign Envelope ID: A4056452-9F45-4A48-84C2-8B29037AD215



DocuSign Envelope ID: A4056452-9F4E-4A48-84C2-3B39037AD215

11868159



11868159