# **EXHIBIT 2**

14180734



14180734



14180734                                                      2

Case 1:25-cv-00932-ARR-PK    Document 1-2    Filed 02/18/25    Page 5 of 8 PageID #: 37

14180734                                      3

[redacted]

14180734 4



14180734



14180734