

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA 19103
📞 215.299.2000  🖨 215.299.2150
WWW.FOXROTHSCHILD.COM

BRETT BERMAN
Direct No: 215.299.2842
Email: BBerman@FoxRothschild.com

February 3, 2026

*VIA ECF*

Judge Ann M. Donnelly
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: **Stafford Sheehan v. Air Company Holdings, Inc., 25-CV-932 (AMD) (PK) (E.D.N.Y.)**

Dear Judge Donnelly:

We write to respectfully request an extension of Air Company Holdings, Inc.'s February 4, 2026 deadline to file a response to Stafford Sheehan's request for a pre-motion conference to February 15, 2026, which will provide the parties time to discuss the motion.

This is the first request to adjourn and opposing counsel does not oppose this request.

Respectfully,

Brett Berman

cc: All counsel of record

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington